UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-cv-22627-BB

DEN-MAT HOLDINGS, LLC, a Delaware limited liability company,

          Plaintiff,

v.

VIAX DENTAL TECHNOLOGIES, LLC, a Florida limited liability company,

          Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Todd Tiberi of the law firm of Tiberi Law Office, 100 Wilshire Blvd., Suite 700, Santa Monica, California 90401, for purposes of appearance as co-counsel on behalf of Plaintiff Den-Mat Holdings, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Todd Tiberi to receive electronic filings in this case, and in support thereof states:

      1.     Todd Tiberi is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and the U.S. District Court for the Central District of California.

      2.     Movant, Melissa Pallett-Vasquez, Esquire, of the law firm of Bilzin, Sumberg, Baena, Pric & Axelrod, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served,

who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Todd Tiberi has made payment of this Court's $75.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.  Todd Tiberi, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Todd Tiberi at email address: ttiberi@tiberilaw.com.

WHEREFORE, Melissa Pallett-Vasquez moves this Court to enter an Order that Todd Tiberi be permitted to appear before this Court on behalf of Plaintiff Den-Mat Holdings, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Todd Tiberi.

Date: June 25, 2019                    Respectfully submitted,

/s/ *Melissa Pallett-Vasquez*_____
MELISSA C. PALLETT-VASQUEZ
Florida Bar No. 715816
mpallett@bilzin.com
Anthony Sirven
Florida Bar No.  125879
asirven@bilzin.com
BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax:  (305) 374-7593

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-22627-BB

DEN-MAT HOLDINGS, LLC, a Delaware limited liability company,

   Plaintiff,

 v.

VIAX DENTAL TECHNOLOGIES, LLC, a Florida limited liability company,

   Defendant.

**CERTIFICATION OF TODD TIBERI**

 Todd Tiberi, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of California Bar and the U.S. District Court for the Central District of California; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                  _____

                             Todd Tiberi